IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AUNDRIA BRYANT-BRANCH,

    *Petitioner*,

v.                                                    Case No.: 4:23cv105-MW/MAL

WARDEN GABBY,

    *Respondent*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 14. The Magistrate Judge recommends dismissal of Petitioner's 28 U.S.C. § 2241 petition because "Petitioner's challenge to her conditions of confinement is not properly before the Court, she did not exhaust her administrative remedies as to her claim for First Step Act sentencing credits, and she has not shown she is entitled to proceed under § 2241 on the four claims challenging her criminal convictions and sentences." *Id.* at 1–2. This Court has independently verified that the Magistrate Judge's Report and Recommendation has not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

1. The report and recommendation, ECF No. 14, is **accepted and adopted** as this Court's opinion.

2. Petitioner's amended petition under 28 U.S.C. § 2241, ECF No. 7, is **DISMISSED**.

3. The Clerk shall enter judgment stating, "The amended 28 U.S.C. § 2241 petition for writ of habeas corpus, ECF No. 7, is **DISMISSED**."

4. Petitioner's "Motion for Summary Judgment", ECF No. 13, is **DENIED as moot**.

5. The Clerk shall close the case file.

**SO ORDERED on November 29, 2023.**

s/Mark E. Walker<br>
**Chief United States District Judge**