IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**AUNDRIA BRYANT-BRANCH,**

    *Petitioner*,

v.                                    Case No.: **4:23cv105-MW/MAL**

**WARDEN GABBY,**

    *Respondent.*
_____/

**ORDER VACATING PRIOR ORDER, CONSIDERING
OBJECTIONS, AND ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION
<u>OVER PETITIONER'S OBJECTIONS</u>**

    This Court previously adopted the Magistrate Judge's report and recommendation without objection from either side. ECF No. 15. Now this Court has received late-filed objections from Petitioner. ECF No. 17. Accordingly, the Clerk is directed to **VACATE** this Court's order, ECF No. 15, and the judgment, ECF No. 16.

    Having considered Petitioner's objections, ECF No. 17, *de novo*, this Court again **accepts and adopts** the Magistrate Judge's report and recommendation, ECF No. 14. The Clerk shall enter judgment stating, "Petitioner's amended petition under

28 U.S.C. § 2241, ECF No. 7, is **DISMISSED**." Petitioner's motion for summary judgment, ECF No. 13, is **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on December 4, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**